

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00532-CR

Barry G. **COGGINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2480
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 14, 2018.

_____
Rebeca C. Martinez, Justice